# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Christopher H. Dixon | ) | Chapter 13 |
| | ) | Case No. 19 B 07239 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Christopher H. Dixon
1533 Norway Lane
Palatine, IL  60074

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On December 04, 2019 at  9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, November 26, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 15, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 24, 2019, for a term of 36 months with payments of $450.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 8 | $3,150.00 | $1,350.00 | $1,800.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/25/2019
Due Each Month: $450.00
Next Pymt Due: 12/14/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 05/20/2019 | 5869333000 | $450.00 | 07/30/2019 | 1101609036 | $450.00 |
| 09/30/2019 | 6212136000 | $450.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE