UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07239 |
| | ) | |
| Christopher H. Dixon, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

NOTICE OF MOTION

TO: See attached list

On March 24, 2020, at 1:30 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
    **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
    **Meeting ID and password.** The meeting ID for this hearing is **160 9362 1728** – no password required. The meeting ID and further information can also be found on the Judge Thorne's web page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Movant: Christopher H. Dixon
    By: Michael R. Colter, II
    David M. Siegel & Assoc., LLC
    790 Chaddick Drive
    Wheeling, IL 60090
    (847) 520-8100
    mcolter@davidmsiegel.com

CERTIFICATE OF SERVICE

    I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 2, 2021, before 5:00 p.m.

                                      /s/ Michael R. Colter, II
                                        Michael R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: thocall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*

Christopher H. Dixon
5745 N. Washtenaw, #1
Chicago, IL 60659

Santander Consumer USA
PO Box 961245
Ft. Worth, TX 76161

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Illinois Tollway
PO Box 5544
Chicago, IL 60680

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Oakton Community College
1600 E. Golf Road
Des Plaines, IL 60016

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Afni, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

AmeriCash Loans, L.L.C.
P.O. Box 1728
Des Plaines, IL 60017

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07239 |
| | ) | |
| Christopher H. Dixon, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Deborah L. Thorne |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Christopher H. Dixon**, by and through their attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On March 15, 2019, the Debtor filed for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan currently requires monthly payments of $450.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) The Debtor worked for Alliance Ambulance, LLC when this case was filed. The Debtor was laid off from Alliance Ambulance, LLC in March 2020.

5) The Debtor began working for Holy Cross Hospital in July 2020 and now earns enough income to resume making plan payments.

6) Additionally, plan payments are now being deducted from his payroll.

7) The Debtor seeks to modify his plan under 11 U.S.C. § 1329 and defer the current default in plan payments that accrued due to his unemployment.

8) The Debtor also proposes to modify his plan under 11 U.S.C. § 1329 and increase his payment to $465.00, per month so the plan completes within 60 months of filing.

9) By deferring the default, the Debtor will be able to continue paying his creditors.

10) The Debtor seeks these modifications without the intent to commit fraud.

11) The Debtor currently has plan payments deducted from his pay.

WHEREFORE, the Debtor, Christopher H. Dixon, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675
        Attorney for the Debtor